1210

No. 93–8818. DESMOND v. NORDBERG ET AL. App. Ct. Mass. Certiorari denied.

No. 93–8820. RODENBAUGH v. GERSON. C. A. 3d Cir. Certiorari denied.

No. 93–8827. YOUNG v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–8830. BELL ET AL. v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–8831. BARNES v. GARETNER ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 93–8832. WIESE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8837. CHAMBERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8853. WHITLEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–8859. PENALES GUERRERO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8861. COOLEY ET UX. v. KNAPP ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–8864. HILL v. CARUSO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–8865. JOHNSON v. WHITAKER. C. A. 5th Cir. Certiorari denied.

No. 93–8866. THOMAS v. ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–8870. SWINEY v. HARRELSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.